# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150426

In re E. I. GROVES, Minor.

SC: 150426
COA: 320356
Oakland CC Family Division:
12-799160-NA

_____/

On order of the Court, the application for leave to appeal the October 14, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2014



Clerk

s1202